# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TARA ROBINSON, ) | |
| BOP # 17667-003, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 21-070-CG-N |
| ) | |
| WARDEN, FCI ALICEVILLE, ) | |
| ALICEVILLE, ALABAMA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 2) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated February 18, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Tara Robinson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice** for lack of subject-matter jurisdiction. The Court also certifies that any appeal by Robinson of the dismissal of the present habeas petition would be without merit and therefore not taken in good faith. Thus, Robinson is not entitled to proceed *in forma pauperis* on appeal of this judgment.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 16th day of March, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE